# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dale, Candy W. | District of Idaho | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge--full-time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

James A. McClure Federal Building and Courthouse
550 West Fort Street
Boise, Idaho 83724

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (Director) | College of Idaho/non-profit liberal arts college |
| 2. | Executor/Personal Representative | Estate |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Stoel Rives--salary and bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Idaho College of Law | May 10-12, 2013 | Moscow, Idaho | Commencement Speaker | Transportation, meals, and lodging |
| 2. | Idaho State Bar | August 17-18, 2013 | Moscow, Idaho | Professionalism Orientation at UI College of Law | Transportation, meals, and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Tufts University School of Medicine | Tuition | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Accounts | A | Interest | M | T | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. Farmer's New World Life Ins | A | Interest | J | T | | | | | |
| 4. New York Life--whole #1 | B | Int./Div. | L | T | | | | | |
| 5. New York Life--whole #2 | A | Int./Div. | K | T | | | | | |
| 6. Master Retirement Trust | | None | N | T | | | | | |
| 7. Wells Fargo Accounts (Estate) (X) | G | Interest | M | T | | | | | |
| 8. TD Ameritrade IRA Account #1 | | | | | | | | | |
| 9. --DFA Five-Yr Global Portfolio Fund (DFGBX) | A | Interest | L | T | | | | | |
| 10. | B | Distribution | | | | | | | |
| 11. | A | Distribution | | | | | | | |
| 12. --Loomis & Sayles Bond Fund (LSBDX) | E | Interest | N | T | | | | | |
| 13. | B | Distribution | | | | | | | |
| 14. --DFA Emerging Market Social Core Equity (DFESX) | A | Dividend | | | Sold | 11/14/13 | K | A | |
| 15. --DFA Internat'l Small Cap Value (DISVX) | A | Dividend | K | T | | | | | |
| 16. | A | Distribution | | | | | | | |
| 17. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --DFA Internat'l Value (DFIVX) | A | Dividend | | | Sold | 11/14/13 | J | A | |
| 19.  --DFA Large Cap Value (DFLVX) | B | Dividend | | | Sold (part) | 07/30/13 | M | E | |
| 20. | | | | | Sold | 11/14/13 | L | E | |
| 21.  --DFA US Small Cap Equity (DFSTX) | A | Dividend | | | Sold | 11/14/13 | L | E | |
| 22.  --PIMCO Total Return Bond Fund (PTTRX) | D | Interest | M | T | | | | | |
| 23. | B | Distribution | | | | | | | |
| 24. | A | Distribution | | | | | | | |
| 25.  --DFA Global Real Estate Fund (DFGEX) | C | Dividend | M | T | Buy (add'l) | 07/30/13 | K | | |
| 26. | | | | | Buy (add'l) | 11/15/13 | L | | |
| 27.  --DFA Inflation Protected Securities Fund (DIPSX) | A | Interest | L | T | | | | | |
| 28.  --Oppenheimer Sr. Floating Rate Fund (OOSYX) | A | Interest | J | T | Buy | 11/19/13 | J | | |
| 29.  --Pimco High Yield Corporate Bond ETF (HYS) | B | Interest | M | T | Buy | 07/30/13 | L | | |
| 30. | A | Distribution | | | Buy (add'l) | 11/15/13 | M | | |
| 31. | A | Distribution | | | | | | | |
| 32.  --DFA Emerging Markets Small Cap Fund (DEMSX) | A | Dividend | | | Buy | 07/30/13 | J | | |
| 33. | | | | | Buy (add'l) | 09/03/13 | J | | |
| 34. | | | | | Buy (add'l) | 10/01/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 36. | | | | | Sold | 11/14/13 | K | A | |
| 37.    --TD Ameritrade Money Market Fund | A | Interest | J | T | | | | | |
| 38.    TD Ameritrade Taxable Account #1 | | | | | | | | | |
| 39.    --DFA Internat'l Core Equity Fund (DFIEX) | D | Dividend | N | T | Buy (add'l) | 11/14/13 | K | | |
| 40.    --DFA US Core Equity Fund (DFEOX) | D | Dividend | N | T | | | | | |
| 41. | B | Distribution | | | | | | | |
| 42.    --DFA Emerging Markets Core Equity (DFCEX) | C | Dividend | M | T | Buy (add'l) | 11/14/13 | L | | |
| 43.    --DFA US Large Cap Value (DFLVX) | B | Dividend | M | T | | | | | |
| 44.    --DFA Tax Managed Small Cap Value Equity Fund (DTMVX) | A | Dividend | M | T | Buy (add'l) | 11/14/13 | K | | |
| 45. | C | Distribution | | | | | | | |
| 46.    --DFA Tax-Managed Small Cap Equity Fund (DFTSX) | A | Dividend | L | T | Buy (add'l) | 11/14/13 | L | | |
| 47.    --DFA Tax-Managed US Value (DTMMX) | B | Dividend | M | T | Buy | 07/30/13 | M | | |
| 48. | | | | | Buy (add'l) | 11/14/13 | K | | |
| 49.    --Vanguard Tax-Exempt Limited Term Bond Fund (VMLUX) | A | Interest | K | T | Buy | 11/19/13 | K | | |
| 50.    --EXXON Mobil (XOM) | B | Dividend | M | T | | | | | |
| 51.    --International Business Machines (IBM) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Union Pacific Corp (UNP) | A | Dividend | L | T | | | | | |
| 53. --YUM Brands Inc (YUM) | A | Dividend | J | T | | | | | |
| 54. --Delaware Tax Free Idaho Cl A (VIDAX) | B | Dividend | | | Sold | 11/11/13 | K | A | |
| 55. --Idaho Muni Bond Bk | B | Interest | L | T | | | | | |
| 56. --Ada &Canyon Cnty ID Sch Dist | A | Interest | K | T | | | | | |
| 57. --Canyon Cnty Id Sch | B | Interest | K | T | | | | | |
| 58. --Fremont & Madison Cnty ID | A | Interest | | | Sold | 02/01/13 | K | A | |
| 59. --ID Hsg & Fin Assn | B | Interest | K | T | | | | | |
| 60. --ID Hsg & Fin Assn | B | Interest | K | T | | | | | |
| 61. --Moscow ID SWR Rev | B | Interest | K | T | | | | | |
| 62. --Boise State Unive Id Revs | A | Interest | J | T | | | | | |
| 63. --Boise State Univ ID Revs | B | Interest | K | T | | | | | |
| 64. --Boise City Urban Renewal AG | B | Interest | K | T | | | | | |
| 65. --Canyon County ID SCH Dist#131 | B | Interest | K | T | | | | | |
| 66. --Idaho BD BK Auth Rev Bds | A | Interest | J | T | | | | | |
| 67. --Madison County ID Sch Dist No. 32 | A | Interest | K | T | | | | | |
| 68. --Puerto Rico Elec Pwr Auth. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Boise City Idaho Urban Renewal Bonds _____ (X) | A | Interest | J | T | | | | | |
| 70. --Idaho Health Facs Hosp Rev Bonds _____ (X) | A | Interest | J | T | | | | | |
| 71. --Idaho Housing & Fin Assc _____ (X) | | None | J | T | | | | | |
| 72. --Idaho Housing & Fin Assc. _____ (X) | | None | J | T | | | | | |
| 73. --Idaho Housing & Fin Assc. _____ (X) | | None | J | T | | | | | |
| 74. --TD Ameritrade Money Market Fund | A | Interest | L | T | | | | | |
| 75. TD Ameritrade Taxable Account #2 | | | | | | | | | |
| 76. --TD Ameritrade Money Market Fund | A | Interest | K | T | | | | | |
| 77. --DFA Tax-Advantaged US Core Equity II (DFTCX) | B | Dividend | M | T | | | | | |
| 78. | B | Distribution | | | | | | | |
| 79. --DFA World Ex-US Core Equity (DFTWX) | B | Dividend | L | T | Buy (add'l) | 09/16/13 | J | | |
| 80. | A | Distribution | | | Buy (add'l) | 10/16/13 | J | | |
| 81. | | | | | Buy (add'l) | 11/18/13 | J | | |
| 82. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 83. --PIMCO Total Return Bond Fund (PTTRX) | A | Interest | K | T | | | | | |
| 84. | A | Distribution | | | | | | | |
| 85. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Chipolte Mexicam Grill Inc (CMG) | | None | J | T | | | | | |
| 87. --Glaxosmithkline PLC (GSX) | A | Dividend | J | T | | | | | |
| 88. --McDonalds (MCD) | A | Dividend | K | T | | | | | |
| 89. --Delaware Tax Free ID CI A (VIDAX) | C | Interest | | | Buy (add'l) | 01/29/13 | K | | |
| 90. | | | | | Sold | 11/11/13 | L | A | |
| 91. --Franklin Adjustable US Gov't Fund (FISAX) | A | Dividend | | | Sold | 01/29/13 | K | A | |
| 92. --Idaho St. Bldg Auth Aldg Rev | A | Interest | | | Sold | 09/03/13 | J | A | |
| 93. --Puerto Rico Elec Pwr Auth Pwr | A | Interest | J | T | | | | | |
| 94. --Pimco High Yield Corporate Bond ETF (HYS) | A | Interest | K | T | Buy | 11/26/13 | J | | |
| 95. | A | Distribution | | | Buy (add'l) | 11/26/13 | K | | |
| 96. --Oppenheimer Sr. Floating Rate Fund (OOSYX) | A | Interest | L | T | Buy | 11/26/13 | L | | |
| 97. TD Ameritrade IRA #2 | | | | | | | | | |
| 98. --TD Ameritrade Money Market | A | Interest | J | T | | | | | |
| 99. --Wells Fargo Commodity Link CD | | None | | | Matured | 05/31/13 | K | A | |
| 100. --All State Corp Debenture | A | Interest | | | Matured | 06/17/13 | K | A | |
| 101. --Teco Finance Inc | B | Interest | K | T | | | | | |
| 102. --DFA International Small Cap (DISVX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Distribution | | | | | | | |
| 104. | A | Distribution | | | | | | | |
| 105. --DFA Inflation Prot. Sec (DIPSX) | B | Dividend | M | T | | | | | |
| 106. --DFA US Targeted Value (DFFVX) | A | Dividend | | | Sold | 11/14/13 | K | D | |
| 107. --DFA US Large Cap Value (DFLVX) | A | Dividend | | | Sold | 11/14/13 | K | D | |
| 108. --DFA International Value (DFIVX) | A | Dividend | | | Sold | 11/14/13 | J | B | |
| 109. --Loomis and Sayles Bond Fund (LSBDX) | C | Dividend | L | T | | | | | |
| 110. | A | Distribution | | | | | | | |
| 111. --Vanguard Int. Term Invest Grade Bond Fund (VFICX) | B | Dividend | K | T | | | | | |
| 112. | A | Distribution | | | | | | | |
| 113. | A | Distribution | | | | | | | |
| 114. --Pimco High Yield Corporate Bond Fund (HYS) | A | Interest | K | T | Buy | 06/27/13 | K | | |
| 115. | A | Distribution | | | Buy (add'l) | 07/30/13 | K | | |
| 116. | A | Distribution | | | | | | | |
| 117. --Oppenheimer Sr. Floating Rate Fund (OOSYX) | A | Interest | L | T | Buy | 11/15/13 | L | | |
| 118. Hines Real Estate Account #1 | | | | | | | | | |
| 119. --Hines Real Estate Inv Trust (HINES) | A | Dividend | | | Sold | 06/28/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Roth IRA Account #1 | | | | | | | | | |
| 121. --DFA Tax-Advantaged Core Equity II Fund (DFTCX) | A | Dividend | J | T | | | | | |
| 122. | A | Distribution | | | | | | | |
| 123. Beneficiary IRA Account #1 | | | | | | | | | |
| 124. --Aviva Fixed Account (X) | A | Interest | J | T | | | | | |
| 125. --Aviva 1-Yr S&P Index Up (X) | A | Dividend | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Dale, Candy W.** | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Candy W. Dale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544